UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
June 28, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARIA DOLORES BARRIOS-ALVAREZ

Defendant.

Case No. 2:19-CR-00177-JAM-3

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release MARIA DOLORES BARRIOS-ALVAREZ – Case No.: 2:19-CR-00177-JAM-3; Charge: 21 U.S.C. § 846 – from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

__X__ (Other): Defendant sentenced to a term of imprisonment of TIME SERVED.

Issued at Sacramento, California on 6/28/2022 at 10:00 AM.

By: _____
John A. Mendez, U.S. District Court Judge